2012–1810.   State v. Burns.
Lucas App. Nos. L–11–1192 and L–11–1198, 2012-Ohio-4191. Reported at 134 Ohio St.3d 1467, 2013-

Ohio-553, 983 N.E.2d 367. On motion for reconsideration. Motion denied.

O'DONNELL, LANZINGER, and FRENCH, JJ., dissent.